# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDUARD ZAVALUNOV, | : | Civil No. 3:20-cv-2262 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN OF CLINTON COUNTY CORRECTIONAL FACILITY, *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 7th day of May, 2021, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge